B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Western District of Michigan (Grand Rapids)

In re:  Amber R Kirby                     ,    Case No. 18-03473-jtg

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, as Trustee of Discovery Mortgage Loan Trust | AmeriFirst Financial Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Carrington Mortgage Services, LLC
Attention: Customer Service Department
P.O. Box 5001
Westfield, IN 46074

Court Claim # (if known):   5
Amount of Claim:   $63,713.00
Date Claim Filed:   10/17/2018

Phone:  800-561-4567
Last Four Digits of Acct #:   4826

Phone:
Last Four Digits of Acct. #:   1657

Name and Address where transferee payments should be sent (if different from above):
Carrington Mortgage Services, LLC
P.O. Box 660586
Dallas, TX 75266-0586

Phone:  800-561-4567
Last Four Digits of Acct #:   4826

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Shefferly
    Robert J. Shefferly (P67477)
    Transferee/Transferee's Agent
    Attorney for Wilmington Savings Fund
    Society, as Trustee of Discovery
    Mortgage Loan Trust
    31440 Northwestern Hwy Ste. 145
    Farmington Hills, MI 48334-5422
    248.642.2515
    Email: WesternECF@trottlaw.com

Date:  September 1, 2021

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.